UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOSEF VOLMAN,

        Plaintiff,

-against-

MIH 23 INC. d/b/a THE HARROW NEW YORK
TODARO PROPERTIES LLC,

        Defendants.
------------------------------------------------------------x

Civil Action No.

1:22-cv-00398-KPF

**STIPULATION FOR
SUBSTITUTION OF COUNSEL**

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that the Nacmias Law Firm, PLLC shall be substituted in place of the Law Firm of Jeremy M. Ancelson, P.C. as counsel for Plaintiff, in the above-entitled case.

Copies of all future pleadings in this action should be directed to the Nacmias Law Firm, PLLC. Jeremy M. Ancelson shall have no further responsibility as counsel for Plaintiff.

Dated: February 17, 2022

By: _____
Jeremy M. Ancelson, Esq.

Jeremy M. Ancelson, P.C.
345 East 80th St, Ste 17A
New York, New York 10075
(516) 695-8019
Jancelson@ancelsonlaw.com

By: _____
Michael Nacmias, Esq.

Nacmias Law Firm, PLLC.
940 Atlantic Ave
Brooklyn, New York 11238
(347) 392-6356
Michael@nacmiaslaw.com

cc: Via CM/ECF